UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 922(g) |
| | 18 U.S.C. § 924(a) |
| v. | 18 U.S.C. § 924(c) |
| | 18 U.S.C. § 924(d) |
| JOSHUA GUNNAR OLSON, | 18 U.S.C. § 2119(1) |
| | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Carjacking)

On or about June 4, 2022, in the State and District of Minnesota, the defendant,

**JOSHUA GUNNAR OLSON,**

did knowingly and unlawfully take a motor vehicle, that is, a black 2011 Dodge Grand Caravan, bearing Minnesota license plate BZN438, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of L.B., by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Section 2119(1).

### COUNT 2
(Felon in Possession of a Firearm)

On or about June 4, 2022, in the State and District of Minnesota, the defendant,

**JOSHUA GUNNAR OLSON,**

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

U.S. v. Joshua Gunnar Olson

| Crime | Place of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Attempted third-degree burglary | Cass County | 7/3/17 |
| Drug possession (5th degree) | Crow Wing County | 6/20/16 |
| Felony violation of an order for protection | Aitkin County | 5/11/15 |
| Burglary (3rd degree) | Crow Wing County | 3/19/12 |
| Fleeing police in a motor vehicle | Cass County | 2/6/12 |
| Burglary (3rd degree) | Cass County | 11/1/10 |
| Drug sale (4th degree) | Cass County | 5/24/10 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Glock 19 Gen 5 9mm handgun bearing serial number AFXR121, all in violation of Title 18, United States Code, Sections 922(g) and 924(a).

## COUNT 3
(Brandishing a Firearm During and in Relation to a Crime of Violence)

On or about June 4, 2022, in the State and District of Minnesota, the defendant,

**JOSHUA GUNNAR OLSON,**

during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, as set forth in Count 1 of this Indictment, which is hereby realleged and incorporated herein by reference, did knowingly and unlawfully use, carry, and brandish a firearm, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATIONS

The allegations in Counts 1–3 are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of Counts 1, 2, or 3 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) in conjunction with Title 28, United States Code, Section 2461(c), any firearm, accessories and ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g) or 924(e) or 2119 including, but not limited to a Glock 19 Gen 5 9mm handgun bearing serial number AFXR121.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY           FOREPERSON