# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

           Plaintiff,

v.

JOSHUA GUNNAR OLSON,                         **Criminal No**. 22-cr-162

           Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X )Ad Prosequendum    ( )Ad Testificandum

Name of Detainee:  JOSHUA GUNNAR OLSON
Detained at (custodian):  ANOKA COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)  (X) charged in this district by:  Indictment
                  Charging Detainee With:  Carjacking, Felon in Possession of a Firearm, 924(c)
    or  b.)  () a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
    or  b.)  ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on August 1, 2022 at 1:30 p.m. in the courtroom of The Honorable John F. Docherty.

Dated:  July 29, 2022      *s/Emily Polachek*
                                EMILY A. POLACHEK, AUSA

## WRIT OF HABEAS CORPUS

    (X )Ad Prosequendum    ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| July 29, 2022 | *s/David T. Schultz* |
|---|---|
| Date | UNITED STATES MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1991 |
| Facility Address: | 325 Jackson Street | Race: | Caucasian |
| | Anoka, MN 55303 | FBI #: | |
| Facility Phone: | 763-324-5100 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

**Executed on** _____ **by** _____ _____
                                                                   (Signature)