UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No.: 22-CR-162 (DSD/TNL)

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO WITHDRAW AS |
| v. ) | COUNSEL OF RECORD WITHOUT |
| ) | SUBSTITUTION AND REQUEST FOR |
| Joshua Gunnar Olson, ) | STATUS CONFERENCE. |
| ) | |
| Defendant. ) | |

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that A.L. Brown, currently listed as counsel of record for Defendant, Joshua Gunnar Olson, wishes to withdraw as counsel for Defendant, Joshua Gunnar Olson in this case for the following reasons:

Mr. Olson refuses to speak with me or otherwise accept my communication, written or oral, regarding his case, making it impossible for me to ethically represent him.

Accordingly, I move the Court for a status hearing and, ultimately, for an order permitting me to withdraw as his counsel.

Dated: August 29, 2022          Respectfully submitted
/s/ A.L. Brown

A. L. Brown (# 331909)
**CAPITOL CITY LAW GROUP, LLC**
287 East Sixth Street, Suite 20
Saint Paul, MN 55101
Telephone: (651) 705-8580
E-Mail: A.L.Brown@CCLAWG.COM