UNITED STATES
DISTRICT OF MINNESOTA
Criminal No. 22-CR-162 (DSD/TNL)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Joshua Gunnar Olson,

    Defendant.

**DEFENDANT JOSHUA GUNNAR OLSON'S MOTION FOR PSYCHIATRIC EXAMINATION**

    The above-named Defendant, Joshua Gunnar Olson, by and through his attorney, Glenn P. Bruder, Mitchell, Bruder and Johnson, respectfully moves the Court, pursuant to 18 U.S.C. §4241 for a psychiatric examination and, based upon the results of that evaluation, reserves the right to further request a competency hearing.

    Consistent with federal law, the undersigned moves this Court for an order directing the Attorney General to conduct the psychiatric or psychological examination in a suitable facility closest to the Court. See 18 U.S.C. §4247.

    Counsel believes there is reasonable cause to believe the Defendant "is suffering from a mental disease or defect rendering him mentally incompetent [and] unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense" within the meaning of 18 U.S.C. §4247(c)(4)(A).

    Prior to filing this motion, the undersigned attorney spoke with AUSA Emily Polachek and was informed the government does not oppose this motion.

    WHEREFORE the Defendant requests the Court to commit Defendant to the custody of the Attorney General for placement in a suitable facility closest to the Court, unless

1

impracticable, for a medical determination of the Defendant's competency to stand trial and to assist in his defense.

Dated: <u>November 14, 2022</u>

Respectfully submitted,

MITCHELL, BRUDER & JOHNSON
*/s/ Glenn P. Bruder*
Attorney for Defendant
9531 West 78th Street
Suite 210
Eden Prairie, MN 55344
(952) 831-3174