```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA

---------------------------------------------------------------
                                  )
  United States of America,       ) File No. 22-cr-162
                                  )              (DSD/TNL)
          Plaintiff,              )
                                  )
  v.                              )
                                  ) Courtroom 9W
  Joshua Gunnar Olson,            ) Minneapolis, Minnesota
                                  ) Friday, October 14, 2022
          Defendant.              ) 10:07 a.m.
                                  )
---------------------------------------------------------------

               BEFORE THE HONORABLE TONY N. LEUNG
         UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
              EXCERPT - MOTIONS HEARING - NOT SEALED
```

APPEARANCES

  For the Plaintiff:        UNITED STATES ATTORNEY'S OFFICE
                            BY:  EMILY POLACHEK
                            600 United States Courthouse
                            300 South Fourth Street
                            Minneapolis, Minnesota 55415


  For the Defendant:        CAPITAL CITY LAW GROUP LLC
                            BY:  A.L. BROWN
                            287 East Sixth Street, #20
                            St. Paul, Minnesota 55101


  Court Reporter:           RENEE A. ROGGE, RMR-CRR
                            United States Courthouse
                            300 South Fourth St., Box 1005
                            Minneapolis, Minnesota 55415


      Proceedings recorded by mechanical stenography;
  Transcript produced by computer.


                            *  *  *

|    |                                                                     |
|----|---------------------------------------------------------------------|
| 1  | **P R O C E E D I N G S**                                           |
| 2  | **IN OPEN COURT**                                                   |
| 3  | THE COURT: Thank you, everyone. Please be                           |
| 4  | seated.                                                             |
| 5  | Good morning, everyone. This is the United States                   |
| 6  | District Court for the District of Minnesota. And the case          |
| 7  | before the bench today for a motion is captioned as follows:        |
| 8  | The United States of America versus Joshua Gunnar Olson,            |
| 9  | Case Number 22-cr-162.                                              |
| 10 | Starting with government counsel, please identify                   |
| 11 | yourself for the record.                                            |
| 12 | MS. POLACHEK: Good morning, Your Honor. Emily                       |
| 13 | Polachek on behalf of the United States.                            |
| 14 | THE COURT: Good morning. Thank you for being                        |
| 15 | here.                                                               |
| 16 | And on behalf of Mr. Olson.                                         |
| 17 | MR. BROWN: Good morning, Your Honor. A.L. Brown.                    |
| 18 | THE COURT: Good morning, Mr. Brown. Thank you                       |
| 19 | for being here.                                                     |
| 20 | And Mr. Olson, I take it?                                           |
| 21 | THE DEFENDANT: Yes, Your Honor.                                     |
| 22 | THE COURT: Okay. Good morning, sir.                                 |
| 23 | All right. We're here on defense counsel's motion                   |
| 24 | to withdraw as counsel of record without substitution. It's         |
| 25 | ECF Number 14.                                                      |

1               And so I think given the nature of the
2     proceedings, I believe it would be best to go ahead and
3     excuse the government.  And so this -- I just want to create
4     a little bit more of a record, though.
5               This matter was originally scheduled for
6     arraignment and motions hearing on September 20.  However,
7     on August 29 Attorney Brown filed a motion to withdraw as
8     counsel.  The court set the matter for a status conference
9     on September 9.  Mr. Olson refused to come to court for the
10    status conference and did not appear.
11              And then the court scheduled a hearing on Attorney
12    Brown's motion to withdraw as counsel on September 20.
13    Mr. Olson again refused to come to court for that hearing
14    and did not appear.
15              At the hearing on September 20 the court continued
16    the hearing to today's date and authorized the U.S. Marshals
17    to use force, if necessary and reasonable, to bring
18    Mr. Olson here, in the event that he refused to come to
19    court again.
20              And now that Mr. Olson is present in court, the
21    court will move forward with addressing Attorney Brown's
22    motion to withdraw as counsel of record without
23    substitution.
24              And before I excuse counsel for the government,
25    Ms. Polachek, I would ask you to state the charges against

1   Mr. Olson and their maximum and minimum penalties, if you
2   could.
3             MS. POLACHEK:  Yes, Your Honor.
4             Mr. Olson is charged by indictment in Count 1 with
5   carjacking, in violation of 18 U.S.C. Section 2119, and in
6   Count 2 with being a felon in possession of a firearm, in
7   violation of 18 U.S.C. 922(g)(1).  The maximum penalties for
8   the carjacking offense --
9             THE COURT:  That's Count 1; is that right?
10            MS. POLACHEK:  Yes, Your Honor.
11            The maximum is 15 years on Count 1.  And due to
12  the timing of the offense, he is subject to the ten-year
13  mandatory -- or the ten-year maximum on the felon in
14  possession and not the new 15-year statutory maximum.
15            THE COURT:  So his max on Count 1, the carjacking,
16  is 15 years?
17            MS. POLACHEK:  Yes, Your Honor.
18            THE COURT:  And the max on Count 2, the felon in
19  possession, is 10 years?
20            MS. POLACHEK:  Yes, Your Honor.
21            THE COURT:  Okay.  And then minimum penalties?
22            MS. POLACHEK:  No, no minimum penalties apply at
23  this time.
24            THE COURT:  Okay.  All right.  Based on the record
25  you have?

1       MS. POLACHEK:  That's correct, Your Honor.
2       THE COURT:  All right.  Okay.  All right.
3       All right.  With that, I'll go ahead and excuse
4  the government.
5       MS. POLACHEK:  Okay.  Thank you, Your Honor.
6       THE COURT:  And do you want to just wait outside?
7  Can't go home.
8       MS. POLACHEK:  Yes, Your Honor.  I'll be right
9  outside the courtroom.  Thank you.
10      **(Whereupon, the sealed portion of the hearing**
11 **began.)**

```
 1
 2
 3
 4
 5
 6
 7              (Whereupon, the sealed portion of the hearing
 8     ended.)
 9              THE COURT:  Okay.  The record should reflect that
10     the court's invited Ms. Polachek back into the courtroom and
11     we've completed the sealed part of the record.
12              And the court will just inform the government that
13     the court has ruled on defense counsel's motion to withdraw
14     as counsel of record without substitution, ECF Number 14,
15     and granted defense counsel's motion and that the court will
16     be requesting if the Chief Federal Defender would appoint
17     another counsel for Mr. Olson.
18              And I think that's all the government needs to
19     know at this time.
20              MS. POLACHEK:  Thank you, Your Honor.
21              THE COURT:  Okay.  That concludes the hearing
22     today.
23              Thank you, everyone.  Thank you, government, and
24     thank you for your patience.  Thanks everybody for their
25     patience as well.
```

1               And thank you, Mr. Brown, for your work on this
2     case.
3               And, Mr. Olson, all right, we'll get you another
4     attorney and -- but remember what I said here today.  All
5     right?
6               THE DEFENDANT:  Yeah, just one more thing for the
7     record, Your Honor.
8               THE COURT:  Yeah.  Now, be careful.  Let me advise
9     you.  Anything you say can and will be used against you in
10    court.  And the government is here, right?
11              THE DEFENDANT:  Is this the portion for the -- the
12    portion of the charges that aren't sealed?
13              THE COURT:  No, I'm talking about anything you say
14    at this time can be used against you.
15              THE DEFENDANT:  I'm curious what hearing this is.
16              THE COURT:  What?
17              THE DEFENDANT:  What hearing is this?
18              THE COURT:  We just concluded our motion to
19    withdraw hearing.
20              THE DEFENDANT:  Okay.  Can I get on the record
21    when I'm going to have a detention hearing?
22              THE COURT:  You can make that request.
23              MS. POLACHEK:  Your Honor, Mr. Olson waived his
24    detention hearing at his initial appearance, and that's why
25    we were supposed to have arraignment at the time of the

1   pretrial motions hearing.  So I would imagine that if he
2   would like to change that under 3142(f), he should raise
3   that with his new counsel.
4              THE COURT:  There's -- you will have to go through
5   the proper procedures.  Mr. Olson, you probably want to wait
6   for your new lawyer and talk to your new lawyer first, but,
7   you know, I --
8              THE DEFENDANT:  Initial appearance -- yes, Your
9   Honor.
10             THE COURT:  What?
11             THE DEFENDANT:  Initial appearance was with Doug
12  Micko, and he initially waived it until a further date, as
13  per language on the court minutes in St. Paul, Minnesota,
14  based off of the reasoning that I had other court dates in
15  the State of Minnesota, one in the Anoka County, and until
16  that was resolved we waived the initial detention hearing
17  until a further date.
18             So I have not waived it indirectly or directly.
19  It was just a period of extension.
20             THE COURT:  You will have to make a proper motion
21  before the court and bring that issue up.
22             THE DEFENDANT:  Thank you, Your Honor.
23             THE COURT:  Yep.
24             All right.  Thanks, everyone.  We are in recess.
25             THE CLERK:  All rise.

1      (Court adjourned at 11:44 a.m., 10-14-2022.)

2                          *   *   *

3      I, Renee A. Rogge, certify that the foregoing is a

4  correct transcript from the record of proceedings in the

5  above-entitled matter.

6                   Certified by:  /s/Renee A. Rogge
                                   Renee A. Rogge, RMR-CRR
7