# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# STATUS CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONFERENCE MINUTES** |
| Plaintiff, | BEFORE: Tony N. Leung |
| v. | U.S. Magistrate Judge |
| Joshua Gunnar Olson, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 22-cr-00162 (DSD/TNL) |
| Date: | March 21, 2024 |
| Court Reporter: | N/A |
| Courthouse: | Minneapolis |
| Courtroom: | Video Conference |
| Time Commenced: | 1:34 p.m. |
| Time Concluded: | 1:41 p.m. |
| Sealed Time: | N/A |
| Time in Conference: | 7 Minutes |

APPEARANCES:
    Plaintiff: Emily Polachek, Assistant U.S. Attorney
    For Defendant Joshua Gunnar Olson: Glenn P. Bruder, CJA Appointment

Additional Information:

Status Conference was held. Next Status Conference scheduled for May 22, 2024 at 4:00 p.m.

_s/ Emily_
Signature of Law Clerk