UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 22-cr-162 (DSD/TNL) |
| Plaintiff, | |
| v. | |
| Joshua Gunnar Olson, | **ORDER REGARDING WITHDRAWAL AND APPOINTMENT OF COUNSEL** |
| Defendant. | |

---

This matter comes before the Court on defense counsel's Motion to Withdraw as Counsel for Defendant Joshua Gunnar Olson, ECF No. 87. Defense counsel Glenn Bruder moves pursuant to Local Rule 83.7(c) to withdraw as counsel. *Id.* at 1. Defense counsel represents that since he requested a psychiatric evaluation of Defendant back in November of 2022, *see* ECF No. 21, there has been an irreconcilable conflict between Defendant and his counsel leading to a complete breakdown in their ability to communicate with each other. *See* ECF No. 87 at 3. The Court finds good cause to grant defense counsel's withdrawal request. *See United States v. Rodriguez*, 612 F.3d 1049, 1054 (8th Cir. 2010) ("[J]ustifiable dissatisfaction necessitating new counsel can arise from an irreconcilable conflict between the defendant and the attorney, a complete breakdown in their communications, or an actual conflict of interest resulting from continued representation.").

Furthermore, based on the representations made by defense counsel in the motion, the Court also construes the motion as Defendant's request to appoint new counsel. *See*

1

ECF No. 87 at 1-4. Defense counsel represents that Defendant has made several statements concerning his desire to have new counsel and to have his counsel withdraw from representing him. *Id.* Therefore, the Court construes defense counsel's motion as a motion to appoint new counsel. The Court has already determined that Defendant is eligible for the services of the Federal Defender, *see* ECF Nos. 6 and 19, pursuant to 18 U.S.C. § 3006A. The Court will appoint a member of the Criminal Justice Act conflicts panel as counsel for Defendant for the remainder of the case. The Court will also reschedule Defendant's competency hearing once new counsel has been appointed. *See* ECF No. 88.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defense counsel's Motion to Withdraw as Counsel for Defendant Joshua Gunnar Olson, ECF No. 87, is **GRANTED**.

2. Defendant's request for appointment of new counsel, ECF No. 87, is **GRANTED**.

3. Pursuant to 18 U.S.C. § 3006A, a member of the Criminal Justice Act conflicts panel is appointed as counsel for Defendant.

Dated: July 8, 2024

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Olson*
Case No. 22-cr-162 (DSD/TNL)