UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 22-162(DSD/DLM)

United States of America,

                    Plaintiff,

v.                                                **ORDER**

Joshua Gunnar Olson,

                    Defendants.


This matter is before the court on the objection by defendant Joshua Olson to the January 14, 2026, order of Magistrate Judge Douglas L. Micko regarding the parties' discovery dispute.

The district court will modify or set aside a magistrate judge's order on a nondispositive issue only if it is clearly erroneous or contrary to law.  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. L.R. 72.2(a).  This is an "extremely deferential" standard.  Reko v. Creative Promotions, Inc., 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999).  "A finding is clearly erroneous when although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." Chakales v. Comm'r of Internal Revenue, 79 F.3d 726, 728 (8th Cir. 1995) (citations and internal quotation marks omitted).  "A decision is contrary to law when it fails to apply or misapplies relevant

statutes, case law or rules of procedure." <u>Knutson v. Blue Cross</u> <u>& Blue Shield of Minn.</u>, 254 F.R.D. 553, 556 (D. Minn. 2008) (citations and internal quotation marks omitted).

The court has reviewed the underlying briefs, the order, and the parties' submissions.  Based on that review, the court finds no basis on which to overturn the magistrate judge's well-reasoned decisions.  <u>See</u> ECF No. 256.

Accordingly, based on the above, **IT IS HEREBY ORDERED** that the objection [ECF No. 261] to the magistrate judge's order is overruled.

Dated: March 12, 2026

s/*Paul A. Magnuson* for
David S. Doty, Judge
United States District Court

2